Josh H. Escovedo, State Bar No. 284506
Cameron M. Peyton, State Bar No. 299523
Anders Bostrom, State Bar No. 332939
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile
jescovedo@weintraub.com
cpeyton@weintraub.com
abostrom@weintraub.com

Attorneys for Defendant Nutrition 53, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAH INTERESTS V, LLC, a Texas limited liability company; JASON HALL, an individual;<br><br>Plaintiff,<br><br>v.<br><br>NUTRITION 53, INC., a California corporation; WILLIAM ROMANOWSKI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00173-JAM-KJN<br><br>**STIPULATION TO EXTEND NUTRITION 53, INC.'S DEADLINE TO ANSWER FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 144** |

On August 30, 2021, the above-captioned Court denied Defendant Nutrition 53, Inc.'s ("Defendant") motion for a more definite statement. ECF No. 31. Pursuant to FRCP Rule 12(a)(4)(A), Defendant's deadline to file an answer to Plaintiffs' First Amended Complaint ("FAC") was 14 days following the Court's denial of its motion, or September 13, 2021.

Plaintiffs and Defendant are currently engaged in substantive settlement discussions. In the interest of

{3274510.DOCX:}   1

Stipulation to Extend Deadline to Respond to First Amended Complaint
Case No. 2:21-cv-00173-JAM-KJN

facilitating settlement negotiations, and to conserve client and judicial resources pending those discussions, on September 10, 2021, Plaintiffs agreed that they would not seek a default against Defendant if Defendant held off on answering the FAC until September 27, 2021. On September 27, 2021, as settlement discussions continue, Plaintiffs agreed to formally stipulate that Defendant has until October 11, 2021 to file an answer to the FAC.

Pursuant to Local Rule 144 and the aforementioned stipulation, Defendant's new date to file an answer to the First Amended Complaint is October 11, 2021.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 28, 2021   **LAVELY & SINGER PROFESSIONAL CORPORATION**

By: /s/ David B. Jonelis
      David B. Jonelis
      California State Bar No. 265235

Attorneys for Plaintiffs
JAH Interests V, LLC and Jason Hall

Dated: September 28, 2021   **WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN Law Corporation

By: /s/ Josh H. Escovedo
      Josh H. Escovedo
      California State Bar No. 284506

Attorneys for Defendant
Nutrition 53, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 28, 2021   /s/ John A. Mendez
      THE HONORABLE JOHN A. MENDEZ
      UNITED STATES DISTRICT COURT JUDGE