MICHAEL E. WEINSTEN (BAR NO. 155680)
ANDREW B. BRETTLER (BAR NO. 262928)
DAVID B. JONELIS (BAR NO. 265235)
LAVELY & SINGER PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
mweinsten@lavelysinger.com
abrettler@lavelysinger.com
djonelis@lavelysinger.com

Attorneys for Plaintiffs JAH INTERESTS V, LLC and JASON HALL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAH INTERESTS V, LLC, a Texas limited liability company; JASON HALL, an individual;<br><br>        Plaintiff,<br><br>    vs.<br><br>NUTRITION 53, INC., a California corporation; WILLIAM ROMANOWSKI, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:21-cv-00173-JAM-KJN<br><br>**ORDER ON AMENDED JOINT STIPULATED REQUEST TO MODIFY SCHEDULING ORDER AND CONTINUE TRIAL**<br><br><br>Judge:    Hon. John A. Mendez<br>              Courtroom 6 |

7002-2

---

1

The Court, having reviewed the amended joint stipulated request of Plaintiffs JAH INTERESTS V, LLC and JASON HALL, on the one hand, and Defendant NUTRITION 53, INC., on the other hand (collectively, the "Parties") to modify the Court's scheduling order and continue trial, and good cause appearing therefore, hereby orders as follows:

The trial date and pre-trial dates in this case are rescheduled as follows:

|  | **New Date** |
|---|---|
| Discovery Cutoff Date: | 4/29/2022 |
| Disclosure of Expert(s) Deadline: | 2/25/2022 |
| Supplemental Disclosure Deadline: | 3/11/2022 |
| Dispositive Motion Filing Deadline: | 6/10/2022 |
| Dispositive Motion Hearing: | 7/26/2022 at 1:30 PM |
| Joint Mid-Litigation Statement Filing Deadline: | Fourteen (14) days prior to the close of discovery |
| Final Pretrial Conference: | 9/16/2022 at 11:00 AM |
| Jury Trial | 10/31/2022 at 9:00 AM |

**IT IS SO ORDERED.**

DATED: November 30, 2021        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

7002-2